IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

FOUNDATION OF HUMAN                          Civ. No. 1:20-cv-01652-AA
UNDERSTANDING,

              Plaintiff,                    **ORDER**

    v.

TALK RADIO NETWORK, INC.,

              Defendant.
_____

AIKEN, District Judge

      This comes before the Court on a Motion for Temporary Restraining Order filed by Plaintiff Foundation of Human Understanding ("FHU"). ECF No. 26. The Court held a telephonic hearing on September 27, 2021. During the hearing, the parties agreed to an order maintaining the status quo on the terms set forth below. The parties agreed that the terms of this status quo order would bind the parties until the Court holds a full evidentiary hearing on motions for preliminary injunction. The parties further agreed that there would be no need for the Court to make findings on the various factors set forth in *Winter v. Nat. Res. Defense Council*, 555 U.S. 7 (2008) until after the evidentiary hearing. The parties waived any bond requirement. Accordingly, it is hereby ordered that, pending further order of this Court:

1.  Talk Radio Network, Inc. ("TRN"), Mark Masters, and any agent acting on behalf of either, is enjoined from (a) representing ownership of the Central Point Properties; (b) marketing or advertising the Central Point Properties; or (c) in any way, in whole or in part, selling, transferring, encumbering, or taking collateral against the Central Point Properties.

2. TRN, Mark Masters, and any agent acting on behalf of either, is enjoined from claiming control over FHU outside of formal legal proceedings, or otherwise acting in any manner consistent with present control of FHU, including entering into any transactions on behalf of FHU, including entering into any transactions on behalf of FHU or otherwise presenting TRN, Mark Masters, or any agent acting on behalf of either as having authority to bind FHU, its directors, or its employees.

3. TRN is directed to make available for FHU's examination the original "Unanimous Written Consent of the Directors of The Foundation of Human Understanding" dated October 1, 1999, that purports to transfer real property from FHU to TRN.

4. TRN is directed to make available for FHU's examination the original Bargain and Sale Deed recorded in Jackson County on March 11, 2021.

5. Mark Masters is directed to make available for FHU's examination the September 28, 2003 amendment to Article III Section 2 of the Bylaws of FHU.

6. TRN and Mark Masters are directed to identify any transaction or negotiation they have entered into concerning FHU or the Central Point Properties since March 2021, and to identify every party to such transactions or negotiations.

The Court will hold a three-day evidentiary hearing by videoconference beginning on November 1, 2021 at 10:00am. to resolve the question of a preliminary injunction. Court staff will contact the parties with further details.

It is so ORDERED and DATED this __27th__ day of September 2021.


 /s/Ann Aiken_____
ANN AIKEN
U.S. District Judge