Stephen F. English, Bar No. 730843
SEnglish@perkinscoie.com
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
James A. Kilcup, OSB No. 173891
JKilcup@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Conde T. Cox, OSB No. 090977
conde@lawofficeofcondecox.com
Law Office of Conde Cox
P. O. Box 1379
Ashland, OR 97520
Telephone (541) 944-7788

Attorneys for Plaintiff
Foundation of Human Understanding

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# MEDFORD DIVISION

| | |
|---|---|
| FOUNDATION OF HUMAN UNDERSTANDING,<br><br>Plaintiff,<br><br>v.<br><br>TALK RADIO NETWORK, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 1:20-cv-01652-AA<br><br>**PRELIMINARY INJUNCTION**<br><br>**(By Stipulation)** |

**AND NOW**, upon consideration of the records, pleadings, and files herein and

and based on the stipulation of the parties.

**IT IS HEREBY ORDERED** that, pending further order of this Court:

1- PRELIMINARY INJUNCTION

140920.0001\154402494.1
154410228.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

1.      TRN, Mark Masters, and any agent, entity, or person acting on behalf of either, is enjoined from: (a) representing ownership of the Central Point Properties (defined as 724, 734, 744 E. Pine Street, Central Point, Oregon 97502); (b) marketing or advertising the Central Point Properties; or (c) in any way, in whole or in part, selling, transferring, encumbering, or taking collateral against the Central Point Properties.

2.      TRN, Mark Masters, and any agent, entity or person acting on behalf of either, is enjoined from claiming any entitlement to participate in the governance of FHU outside of this legal proceeding without prior authorization of this Court, or otherwise acting in any manner consistent with present control of FHU, including entering into any transactions on behalf of FHU or otherwise presenting TRN, Mark Masters, or any agent, entity, or person acting on behalf of either as having authority to bind FHU.

3.      Plaintiff reserves its rights to seek an award of its reasonable attorney fees and costs incurred in seeking a temporary restraining order and preliminary injunction.

DATED:  October 28th, 2021

                                        /s/Ann Aiken
                                        The Honorable Ann Aiken
                                        United States District Judge

STIPULATED TO:

| By /s/ Douglas R. Pahl<br>Stephen F. English, OSB No. 730843<br>SEnglish@perkinscoie.com<br>Douglas R. Pahl, OSB No. 950476<br>DPahl@perkinscoie.com<br>James A. Kilcup, admitted (*pro hac vice*)<br>JKilcup@perkinscoie.com<br>Perkins Coie LLP<br>1120 N.W. Couch Street, Tenth Floor<br>Portland, Oregon 97209-4128<br>Telephone: 503.727.2000<br><br>Attorneys for Plaintiff | By /s/ Christopher L. Cauble<br>Christopher L. Cauble, OSB No. 962374<br>ccauble@thecaublefirm.com<br>Cauble, Selvig & Whittington, LLP<br>111 SE 6th Street<br>Grants Pass, OR 97526<br>Telephone: (541)476-8825<br><br>Attorney for Defendant |

2-   PRELIMINARY INJUNCTION

140920.0001\154402494.1
154410228.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222